UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

MARIAN D. JOSEPH,

        Plaintiff,

           v.

ONEWEST BANK FSB, FRANKEL LAMBERT, WEISS WEISMAN & GORDON, LLP.,

        Defendants.

-----------------------------------------------------------------------X

**ORDER**
2:15–CV–6156 (JMA) (AYS)

FILED
CLERK

2/10/2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

    Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Anne Y. Shields recommending: (1) that the Court dismiss this action with prejudice under Federal Rule of Civil Procedure 12(b); and (2) that the Court deny defendant Frankel Lambert, Weiss Weisman & Gordon, LLP.'s request for attorney's fees. None of the parties have objected to the R & R. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Shields's R & R in its entirety.

    The Clerk of Court is directed to close this case and mail a copy of this Order to pro se plaintiff.

**SO ORDERED.**

Dated: February 10, 2017
Central Islip, New York

                                                         /s/    JMA
                                          JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE